# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ED PORTER True Name: EDWARD WILLIAM PORTER, JR. | ) Case No: 3:99cr165-11 |
| | ) USM No: 15134-058 |
| Date of Previous Judgment: December 14, 2000 | ) J. Charles Jones |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❑ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___121___ months **is reduced to** ___110 months___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 240 to 240 months | Amended Guideline Range: | 210 to 240 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❑ Other (explain):

## III. ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated ___12/14/2000___ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___August 25, 2008___

Effective Date: _____
   (if different from order date)

Frank D. Whitney
**United States District Judge**